FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 29 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-17-00892-PHX-JJT (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111 (CIR: First Degree Murder) Counts 1 and 3 |
| Philip Anthony Osife, | |
| Defendant. | 18 U.S.C. § 924(c)(1)(A) and (j) (Use of a Firearm During a Crime of Violence) Counts 2 and 4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 23, 2017, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, PHILIP ANTHONY OSIFE, an Indian, did with premeditation and malice aforethought unlawfully kill B.G.M.

In violation of Title 18, United States Code, Sections 1153 and 1111.

### COUNT 2

On or about March 23, 2017, in the District of Arizona, PHILIP ANTHONY OSIFE, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: First Degree Murder, as alleged in Count 1 of this Indictment, a felony prosecutable in a court of the United States, did knowingly use, carry, brandish, and discharge a handgun, resulting in death.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

## COUNT 3

On or about March 23, 2017, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, PHILIP ANTHONY OSIFE, an Indian, did with premeditation and malice aforethought unlawfully kill B.I.P.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 4

On or about March 23, 2017, in the District of Arizona, PHILIP ANTHONY OSIFE, during and in relation to a crime of violence as defined in Title 18, United States Code, Section 924(c)(3), to wit: First Degree Murder, as alleged in Count 3 of this Indictment, a felony prosecutable in a court of the United States, did knowingly use, carry, brandish, and discharge a handgun, resulting in death.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and (j).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 29, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
RAYNETTE M. LOGAN
Assistant U.S. Attorney